UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ELIZABETH LAMBERT,               :
                                 :
                    Plaintiff,   :      07 Civ. 6834(LAK)(THK)
                                 :
              -against-          :
                                 :         **SCHEDULING ORDER**
COMMISSIONER OF SOCIAL SECURITY, :
                                 :
                    Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**THEODORE H. KATZ, United States Magistrate Judge.**

This social security action having been referred to this Court for general pretrial supervision and resolution of dispositive motions; it is hereby ORDERED:

1. Any motion for judgment on the pleadings shall be filed by February 22, 2008.

2. Any response shall be filed by March 14, 2008.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2008
       New York, New York

Copies mailed to:

Wendy Brill, Esq.
9 Murray Street, Suite 7 West
New York, New York 10007

Susan D. Baird, Esq.
Assistant United States Attorney
86 Chambers St.
New York, NY 10007