**WENDY BRILL**
*ATTORNEY AT LAW*

# MEMO ENDORSED

9 MURRAY STREET
NEW YORK, NEW YORK 10007

(212) 608-4100
FAX (212) 732-4443
WENDYBRILL@NYC.RR.COM

Via Fax (212) 805-7932

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Theodore H. Katz
   United States Magistrate Judge


RECEIVED
FEB 25 2008
CHAMBERS OF
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE

Re: Elizabeth Lambert
   07 cv 6834

Honorable sir:

As you may already know, I am the attorney representing the above named claimant in her Social Security case.

As per a conversation with Assistant U.S. Attorney Susan Baird, we agreed to adjourn the briefing for 6 weeks.

Therefore, any motion should be filed by April 4th, 2008 and any response by April 25th, 2008.

We respectfully request that the judge approve this agreement.

Thank you.

Yours truly,
Wendy Brill

*Any dispositive motion shall be filed by April 4, 2008. Any response shall be filed by April 25, 2008.*

Cc: Electronic filing

Cc: Susan D. Baird, Esq.
   (212) 637-2750  via Fax

**SO ORDERED**
2/25/08
Theodore H. Katz
**THEODORE H. KATZ**
**UNITED STATES MAGISTRATE JUDGE**