MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY:  SUSAN C. BRANAGAN
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2804
Email: Susan.Branagan@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ELIZABETH LAMBERT,                  :

               Plaintiff,           :    REVISED SCHEDULING ORDER

         -v-                        :
                                         07 Civ. 6834
                                    :

MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,
                                    :
               Defendant.
                                    :
------------------------------------x

　　　　Plaintiff having filed a complaint on July 30, 2007, and Defendant having filed an answer on December 7, 2007, IT IS HEREBY ORDERED that:

　　　　Plaintiff will file her motion on or before April 4, 2008;

　　　　Defendant will file his motion for judgment on the pleadings on or before April 9, 2008;

COPIES MAILED
TO COUNSEL OF RECORD ON  4/7/08

Defendant and plaintiff will file their responses, if any, on or before April 30, 2008.

Dated:   New York, New York
         April 7, 2008

SO ORDERED:

_____
United States Magistrate Judge