**WENDY BRILL**
ATTORNEY AT LAW

# MEMO ENDORSED

9 MURRAY STREET
NEW YORK, NEW YORK 10007

(212) 608-4100
FAX (212) 732-4443
WENDYBRILL@NYC.RR.COM

May 20, 2008

United District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: Judge Katz



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/20/08

Re: Elizabeth Lambert
07 CV 6834

Dear Judge Katz,

This office is representing the above named claimant in her Social Security case.

I am in receipt of the Defendant's Reply Memorandum.

Yesterday, May 19, 2008, I had hand delivered and faxed the attached letter requesting a 15 day extension due to the fact that Wendy Brill will be out of town this week. This letter was given to Judge Kaplan by mistake. I have also been in contact with the U.S Attorney who has already consented to my request.

It would be greatly appreciated if our request was still honored. Please contact my office to discuss this matter further. Thanks in advance for your cooperation.

*Plaintiff's Reply shall be filed by June 4, 2008.*

Sincerely,

Gisela Martinez
Assistant to Wendy Brill

Cc: Michael J. Garcia
    U.S Attorney
    Susan C. Branagan
    Asst. U.S Attorney
    Via Fax: (212) 637-2750

**SO ORDERED**

5/20/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 5/20/08